# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA (Philadelphia)

| | |
|---|---|
| IN RE: : | |
| **THOMAS D SANITATE** : | BK. No. 19-13079-mdc |
| **Debtor** : | |
| : | Chapter No. 13 |
| **LOANDEPOT.COM, LLC** : | |
| **Movant** : | |
| v. : | |
| **THOMAS D SANITATE** : | |
| **Respondent** : | 11 U.S.C. §362 |
| : | |

**MOTION OF LOANDEPOT.COM, LLC FOR RELIEF FROM AUTOMATIC STAY UNDER §362**

Movant, by its attorneys, PHELAN HALLINAN DIAMOND & JONES, LLP, hereby requests a termination of Automatic Stay and leave to foreclose on its mortgage on real property owned by Debtor, THOMAS D SANITATE.

1. Movant is **LOANDEPOT.COM, LLC.**

2. Debtor, THOMAS D SANITATE is the owner of the premises located at **32 GREEN LANE, ASTON, PA 19014**, hereinafter known as the mortgaged premises.

3. Movant is the holder of a mortgage on the mortgaged premises.

4. Debtor's failure to tender monthly payments in a manner consistent with the terms of the Mortgage and Note result in a lack of adequate protection.

5. Movant wishes to institute foreclosure proceedings on the mortgage because of Debtor's failure to make the monthly payment required hereunder.

6. The foreclosure proceedings to be instituted were stayed by the filing of the instant Chapter 13 Petition.

7. As of November 25, 2019, Debtor has failed to tender post-petition mortgage payments for the months of August 2019 through November 2019. The monthly payment amount for the months of August 2019 through November 2019 is $1,453.50, less suspense in the amount of $596.13, for a total amount due of $5,217.87. The next payment is due on or before December 1, 2019 in the amount of $1,453.50. Under the terms of the Note and Mortgage, Debtor has a continuing obligation to remain current post-petition and failure to do so results in a lack of adequate protection to

Movant.

8. Movant, **LOANDEPOT.COM, LLC,** requests the Court award reimbursement in the amount of $1,031.00 for the legal fees and costs associated with this Motion.

9. Movant has cause to have the Automatic Stay terminated as to permit Movant to complete foreclosure on its mortgage.

10. Movant specifically requests permission from the Honorable Court to communicate with Debtor and Debtor's counsel to the extent necessary to comply with applicable nonbankruptcy law.

11. Movant requests that if relief is granted that Federal Rule of Bankruptcy Procedure 3002.1 be waived.

**WHEREFORE**, Movant respectfully requests that this Court enter an Order;

a. Modifying the Automatic Stay under Section 362 with respect to **32 GREEN LANE, ASTON, PA 19014** (as more fully set forth in the legal description attached to the Mortgage of record granted against the Premises), as to allow Movant, its successors and assignees, to proceed with its rights under the terms of said Mortgage; and

b. Movant specifically requests permission from this Honorable Court to communicate with Debtor and Debtor's counsel to the extent necessary to comply with applicable nonbankruptcy law; and

c. Waiving Federal Rule of Bankruptcy Procedure 3002.1; and

d. Granting any other relief that this Court deems equitable and just.

November 25, 2019

/s/ Thomas Song, Esquire
Thomas Song, Esq., Id. No.89834
Phelan Hallinan Diamond & Jones, LLP
1617 JFK Boulevard, Suite 1400
One Penn Center Plaza
Philadelphia, PA 19103
Phone Number: 215-563-7000 Ext 31387
Fax Number: 215-568-7616
Email: Thomas.Song@phelanhallinan.com