# Exhibit "B"

## Jason Seidman

| | |
|---|---|
| **From:** | Jason Seidman |
| **Sent:** | Thursday, March 26, 2020 10:46 AM |
| **To:** | 'brad@sadeklaw.com' |
| **Subject:** | BK# 19-13079 (SANITATE) |
| **Attachments:** | NOD.PDF |

Hello,

Attached please find a copy of the NOD which is also being sent via regular mail.

Please review and handle accordingly.

Thank you,

Jason Seidman
Administrator
Phelan Hallinan Diamond & Jones, PLLC
2001 NW 64th Street, Suite 100 | Fort Lauderdale, FL 33309
Direct: (954) 462-7000 Ext. 53221 | Fax: (954) 462-7001
Email: jason.seidman@phelanhallinan.com



# PHELAN HALLINAN DIAMOND & JONES, LLP

1617 JFK Boulevard, Suite 1400
One Penn Center Plaza
Philadelphia, PA 19103
215-563-7000
Bankruptcy Fax # 215-568-7616

Mario J. Hanyon, Esquire                                                                REPRESENTING LENDERS IN
BANKRUPTCY ATTORNEY                                                                              Pennsylvania

3/26/2020

BRAD J. SADEK, ESQUIRE
1315 WALNUT STREET, SUITE 502
PHILADELPHIA, PA 19107
**SENT VIA REGULAR MAIL AND EMAILED TO brad@sadeklaw.com**

**RE:    THOMAS D. SANITATE**
**Bankruptcy No.:  19-13079 MDC**

Dear Counselor:

Our client has advised us that payments have not been made in accordance with the terms of the Stipulation agreed to by the parties and approved by the Bankruptcy Court by an Order entered on February 12, 2020.

Pursuant to the terms of the Stipulation, your client has failed to make regular monthly payments, for the months of February 2020 through March 2020 in the amount of $1,459.25. In order to cure this default, it will be necessary for your client to remit $2,918.50, representing payments past due under the terms of the Stipulation, within ten (10) days from the date of this letter.

**Your client's payment to cure this default should be remitted to:  Phelan Hallinan Diamond & Jones, LLP, 1617 JFK Boulevard, Suite 1400, One Penn Center Plaza, Philadelphia, PA  19103, ATTN: Bankruptcy Department and made payable to CENLAR FSB.**

If your client does not remit the above amount within the ten (10) day period, we will certify default with the Bankruptcy Court and request relief from the automatic stay.

Bankruptcy Department
Phelan Hallinan Diamond & Jones, LLP

cc:    THOMAS D. SANITATE
       CENLAR FSB
       ACCOUNT NO.: XXXXXX9968

THIS FIRM IS A DEBT COLLECTOR ATTEMPTING TO COLLECT A DEBT.  ANY INFORMATION WE OBTAIN WILL BE USED FOR THAT PURPOSE.  IF YOU HAVE PREVIOUSLY RECEIVED A DISCHARGE IN BANKRUPTCY, THIS CORRESPONDENCE IS NOT AND SHOULD NOT BE CONSTRUED TO BE AN ATTEMPT TO COLLECT A DEBT, BUT ONLY ENFORCEMENT OF A LIEN AGAINST PROPERTY