**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE:
**THOMAS D. SANITATE**                                    BK. No. 19-13079 MDC
        Debtor
                                             :    Chapter No. 13
**LOANDEPOT.COM, LLC**                                        :
        Movant                                            :
            v.
**THOMAS D. SANITATE**
        Respondent                                    11 U.S.C. §362

**ORDER MODIFYING SECTION 362 AUTOMATIC STAY**

      **AND NOW**, this 24th day of April, 2020, after Notice of Default and the filing of a Certification of Default under the parties' prior Stipulation, it is

      **ORDERED AND DECREED:** that Movant shall be permitted to reasonably communicate with Debtor(s) and Debtor's counsel to the extent necessary to comply with applicable nonbankruptcy law; and it is further;

      **ORDERED** that Relief from the Automatic stay of all proceedings, as provided under 11 U.S.C. §362 is granted with respect to, 32 GREEN LANE, ASTON, PA 19014-2003 (hereinafter the Premises) (as more fully set forth in the legal description attached to the Mortgage of record granted against the Premises), as to allow Movant, its successors or assignees, to proceed with its rights under the terms of said Mortgage; and it is further;

      **ORDERED** that Rule 4001(a)(3) is not applicable and **LOANDEPOT.COM, LLC** may immediately enforce and implement this Order granting Relief from the Automatic Stay ; and it is further;

      **ORDERED** that FEDERAL RULE OF BANKRUPTCY PROCEDURE 3002.1 is no longer applicable to Movant, its successors or assignees.

                                         By the Court:

                                         _____
                                         MAGDELINE D. COLEMAN
                                         CHIEF U.S. BANKRUPTCY JUDGE

WILLIAM C. MILLER, ESQUIRE (TRUSTEE)    THOMAS D. SANITATE
P.O. BOX 1229                                             32 GREEN LANE
PHILADELPHIA, PA 19105                         ASTON, PA 19014-2003

BRAD J. SADEK, ESQUIRE
1315 WALNUT STREET, SUITE 502
PHILADELPHIA, PA 19107

UNITED STATES TRUSTEE
200 CHESTNUT STREET, SUITE 502
PHILADELPHIA, PA 19106