IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | |
| Thomas D. Sanitate | : | |
|                 Debtor | : | Chapter 13 |
| | : | |
| Thomas D. Sanitate | : | Bankruptcy No. 19-13079 MDC |
|                 Movant | : | |
|   v. | : | |
| | : | |
| Loandepot.Com, LLC | : | |
|                 Respondent | : | |

## RESPONSE OF LOANDEPOT.COM, LLC TO MOTION TO RECONSIDER ORDER MODIFYING AUTOMATIC STAY

Respondent, Loandepot.Com, LLC, by and through its attorneys, Phelan Hallinan Diamond & Jones, LLP, hereby responds to MOTION TO RECONSIDER ORDER MODIFYING AUTOMATIC STAY and in support thereof, avers as follows:

1. Admitted.

2. Admitted.

3. Admitted.

4. Admitted.

5. Admitted.

6. Admittted.

7. Denied. Respondent is without information or knowledge sufficient to form a belief as to the truth of the within averment.

8. Debtor is due for the February 2020 through May 2020 payments in the amount of $1,459.25 for a total amount due of $5,836.80.

9. Denied. Responding party is without information needed to respond to this averment.

**WHEREFORE**, Respondent, Loandepot.Com, LLC respectfully requests that this Honorable Court deny MOTION TO RECONSIDER ORDER MODIFYING AUTOMATIC STAY in its entirety.

Respectfully submitted,

Date: May 19, 2020

/s/ Jerome Blank, Esquire
Jerome Blank, Esq., Id. No.49736
Phelan Hallinan Diamond & Jones, LLP
1617 JFK Boulevard, Suite 1400
One Penn Center Plaza
Philadelphia, PA 19103
Phone Number: 215-563-7000 Ext 31625
Fax Number: 215-568-7616
Email: jerome.blank@phelanhallinan.com