Stern & Eisenberg, pc
1581 Main Street, Suite 200
Warrington, Pennsylvania 18976
Telephone: (215) 572-8111
Facsimile: (215) 572-5025
(Counsel for Movant)

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| In Re: <br> Thomas D Sanitate <br><br>      Debtor(s) <br> loanDepot.com, LLC <br>      Creditor/Movant <br> v. <br> Thomas D Sanitate <br><br>      Respondent | Chapter 13 <br><br> Bankruptcy Case:  19-13079-mdc <br><br> Judge: Magdeline D. Coleman |
|---|---|

## CERTIFICATION OF DEFAULT

  I, Daniel P. Jones, Esquire, of Stern & Eisenberg, PC, Counsel for LoanDepot.com, LLC, hereby certify that the Debtor, Thomas D Sanitate, is in default of the Stipulation approved on August 12, 2020 for failing to make the required payments as set forth in the attached Notice of Default together with any subsequent payments that have come due and owing.  See Exhibit "A" which is attached hereto and made a part hereof.

  Pursuant to the Stipulation, Counsel hereby requests the Court enter the Order for Relief attached hereto.

                       STERN & EISENBERG, PC

Date: December 16, 2020          By: /s/ Daniel P. Jones
                      Daniel P. Jones, Esq.,
                      1581 Main Street, Suite 200
                      The Shops at Valley Square
                      Warrington, PA 18976
                      Phone: (215) 572-8111
                      Fax: (215) 572-5025
                      Bar Number: 321876
                      Email: djones@sterneisenberg.com